UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEMESSIS ZUBIRIA,

                            Plaintiff,

-against-

EXPRESITO, INC, and ALFREDO PADILLA,

                            Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-1972 (PK)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       June 5, 2025

                                         Respectfully submitted,

                                         **SAGE LEGAL LLC**
                                         By:   */s/ Emanuel Kataev, Esq.*
                                         Emanuel Kataev, Esq.
                                         18211 Jamaica Avenue
                                         Jamaica, NY 11423-2327
                                         (718) 412-2421 (office)
                                         (917) 807-7819 (cellular)
                                         (718) 489-4155 (facsimile)
                                         emanuel@sagelegal.nyc

                                         *Attorneys for Defendants*
                                         *Expresito, Inc and*
                                         *Alfredo Padilla*

**VIA ECF**
EL-HAG & ASSOCIATES, P.C
Attn: Jordan El-Hag, Esq.
777 Westchester Avenue, Suite 101
White Plains, NY 10604 -3520
jordan@elhaglaw.com

*Attorneys for Plaintiff*
*Nemessis Zubiria*