# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

June 5, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      *Re:*    Zubiria v. Expresito, Inc., *et ano.*
             <u>Case No.: 1:25-cv-1972 (PK)</u>

Dear Judge Kuo:

      This firm represents the Defendants in the above-referenced case, who write to respectfully request a sixty (60) day extension of time – until Friday, July 18, 2025 – to respond to the complaint.

      Pursuant to ¶ IV(B) of this Court's Individual Practice Rules, Defendants respectfully submit that: (i) the original deadline to respond to the complaint, according to the docket sheet, was May 20, 2025 and May 21, 2025; (ii) the reason for the request is because your undersigned needs a sufficient opportunity to investigate the allegations in the complaint and prepare an appropriate response; (iii) there have been no previous requests for an extension of this deadline; (iv) Plaintiff consents to this request; and (v) the requested extension should not affect any other scheduled dates or deadlines.

      Based on the foregoing, Defendants respectfully submit that there exists both good cause and excusable neglect such that this Court should exercise its discretion in favor of granting the requested extension of time.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).  Defendants thank this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
         June 5, 2025

                                          Respectfully submitted,
                                          **SAGE LEGAL LLC**

                                            */s/ Emanuel Kataev, Esq.*
                                          Emanuel Kataev, Esq.
                                          18211 Jamaica Avenue
                                          Jamaica, NY 11423-2327
                                          (718) 412-2421 (office)
                                          (917) 807-7819 (cellular)
                                          (718) 489-4155 (facsimile)
                                          emanuel@sagelegal.nyc

                                          *Attorneys for Defendants*

**VIA ECF**
All counsel of record