

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

December 17, 2025

**Via ECF**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East,
 Brooklyn, NY 11201

      *Case Name: Zubiria v. Expresito Inc. et al*
      *Case No. 1:25-cv-01972-NCM-PK*
      *Re: Status Letter*

Dear Judge Merle:

 Counsel for Plaintiffs respectfully submit this letter to provide the Court with a brief status update in the above-referenced matter.

 The parties have a mediation scheduled with the Equal Employment Opportunity Commission ("EEOC") on January 28, 2026, at 9:00 a.m. The mediation is intended to facilitate a potential resolution of this matter.

 Plaintiffs respectfully submit this update to keep the Court apprised of ongoing settlement efforts and will promptly advise the Court of the outcome of the mediation or if further direction from the Court becomes necessary.

Thank you for the Court's time and consideration.

Respectfully submitted,

           By: _____*Jordan El-Hag*_____
              Jordan El-Hag, Esq.
              Attorney for Plaintiff
          777 Westchester Ave., Suite 101
           White Plains, N.Y 10604
            (914) 218-6190 (p)
            (914) 206-4176 (f)
           Jordan@Elhaglaw.com