

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers'Rights!*

March 31, 2026

<u>**Via EFC**</u>

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East,
 Brooklyn, NY 1120

> *Case Name: Zubiria v. Expresito Inc. et al*
> *Case No. 1:25-cv-01972-NCM-PK*
> *Re: Status Letter*

Dear Judge Merle:

Counsel for Plaintiffs, jointly with Defendants, respectfully submit this letter to provide the Court with a brief status update in the above-referenced matter.

At the Plaintiff's request and with the Defendants' request, the parties' mediation with the Equal Employment Opportunity Commission ("EEOC") has been rescheduled to April 27, 2026. The mediation is intended to facilitate a potential resolution of this matter.

The parties respectfully submit this update to keep the Court apprised of ongoing settlement efforts and will promptly update the Court once the mediation has been completed.

The parties thank this Court for its time and consideration, and sincerely apologize for not sooner submitting the instant report

Respectfully submitted,

By: *Jordan El-Hag*
Jordan El-Hag, Esq.
Attorney for Plaintiff
777 Westchester Ave., Ste. 101
White Plains, NY 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
Jordan@elhaglaw.com