

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers'Rights!*

May 5, 2026

**<u>Via EFC</u>**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 1120

> *Case Name: Zubiria v. Expresito Inc. et al*
> *Case No. 1:25-cv-01972-NCM-PK*
> *Re: Mediation Status Report*

Dear Judge Merle:

The parties respectfully submit this report to update the Court regarding the mediation held on April 28, 2026.

On April 28, 2026, the parties participated in mediation in good faith. As a result of those discussions, the parties reached an agreement in principle to resolve this matter.

The parties are currently working diligently to finalize the terms of the settlement and complete the necessary paperwork.

The parties respectfully request that the Court allow additional time for the completion of the settlement documentation.

By: *Jordan El-Hag*
Jordan El-Hag, Esq.
Attorney for Plaintiff
777 Westchester Ave., Ste. 101
White Plains, NY 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
Jordan@elhaglaw.com